AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| JOSE ARGETA-CANALES<br>aka Jose Canales<br>DOB:  2/02/1976<br>PDID: 496587 | CASE NUMBER: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about     June 21, 2005      in      Washington, D.C.      county, in the _____ District of   Columbia   defendant was found to be:

an alien who previously has been deported and removed from the United States and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official

in violation of Title    8    United States Code, Section(s)     1326(a)    .

I further state that I am    Akil Baldwin,  Special Agent with the U.S. Immigration and Customs Enforcement    , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Akil Baldwin, Special Agent
U.S. Immigration and Customs Enforcement

_____                    at         Washington, D.C.         
Date                                                                                   City and State

_____                    _____
Name & Title of Judicial Officer                         Signature of Judicial Officer