IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAG. NO.: 06-314-M (DAR) |
| | : | |
| **JOSE ARGETA-CANALES,** | : | 8 U.S.C. §§ 1326(a), 1326(b)(2) |
| | : | (Reentry of an Removed Alien Following |
| Defendant. | : | Conviction for an Aggravated Felony) |

## INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

On or about February 1, 2006, within the District of Columbia, defendant **JOSE ARGETA-CANALES**, an alien who previously has been convicted of an Aggravated Felony (D.C. Superior Court Criminal Case No. 1999-FEL-004102) and deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

**(Reentry of an Removed Alien Following Conviction for an Aggravated Felony**, in violations of Title 8 U.S.C. Sections 1326(a) and 1326(b)(2))

                                                        KENNETH L. WAINSTEIN
                                                        Attorney of the United States in
                                                        and for the District of Columbia
                                                        Bar No. 451-058

BY:       _____
                                                        PERHAM GORJI
                                                        Assistant United States Attorney
                                                        Federal Major Crimes Section
                                                        555 4th Street, N.W. Room 4233
                                                        Washington, D.C. 20530
                                                        (202) 353-8822

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Information was served by first class mail upon counsel of record for the defendant, Tony Axam, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __10th___ day of August, 2006.

_____
Assistant United States Attorney