**FILED**

SEP - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-240 (PLF) |
| v. | : |
| | : MAG. NO.: 06-314-M (DAR) |
| JOSE ARGETA-CANALES, | : |
| Defendant. | : 8 U.S.C. §§ 1326(a), 1326(b)(2) |
| | : (Reentry of an Removed Alien Following |
| | : Conviction for an Aggravated Felony) |

## STATEMENT OF OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented were this matter to go to trial. The facts presented below show, beyond a reasonable doubt, that on or about February 1, 2006, defendant Jose Argeta-Canales (the "defendant") committed the offense of Reentry of a Removed Alien Following Conviction for an Aggravated Felony.

The defendant is a native and citizen of El Salvador, who unlawfully entered the United States on or about September 3, 1991, when he was arrested by Border Patrol Agents and put into Removal Proceedings. On December 10, 1991, an Immigration Judge entered an order that the defendant be removed from the United States to El Salvador. The order was not executed immediately, and the defendant remained at liberty in the United States.

On June 15, 1999, the defendant was arrested in the District of Columbia and charged with possession of heroin with the intent to distribute in D.C. Superior Court Criminal Case No. 1999-FEL-004102. On November 19, 1999, the defendant was convicted of one count of attempted possession with the intent to distribute of heroin, and was placed on probation. [The defendant's conviction in 1999-FEL-04102 constitutes an "aggravated felony" as defined in Title 8, United States Code Section 1101(a)(43)(B).]

On August 16, 2004, the defendant received a "Warning to Alien Ordered Removed or Deported," which advised him in writing that after his removal, he was prohibited from entering the United States at any time without prior approval of the U.S. Attorney General. On September 10, 2004, pursuant to the Order of Removal issued in 1991, the defendant was removed from the United States and returned to El Salvador.

On or about February 1, 2006, law enforcement officers arrested the defendant in Washington, D.C., pursuant to an outstanding traffic warrant from the District of Columbia. He also had an outstanding failure to appear warrant issued by a court in Montgomery County, Maryland.

On June 21, 2006, the defendant was advised of and waived his administrative and <u>Miranda</u> rights. In a sworn statement, the defendant admitted that he re-entered the United States illegally, that he had been deported from the United States in the past, and that he re-entered the United States without having applied for permission from the Attorney General or his authorized delegate.

There is no record of the defendant having obtained permission to enter the United States from the Attorney General or his delegate following the defendant's removal on September 10, 2004.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

### DEFENDANT'S ACKNOWLEDGMENT

I have read (had to me) and discussed the Statement of Offense in the above-captioned case, 06-240, Magistrate No. 06-314, with my attorney, Tony Axam, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 9/7/06   Jose Argeta-Canales

Date: 9/7/06   Tony Axam, Esq.
Attorney for Defendant