# United States District Court
# for the District of Columbia

**FILED**
SEP - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Jose Argeta Canales

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06-240 (PLF)

I, Jose Argeta Canales, the above named defendant, who is accused of Illegal re-entry of a removed person 8 U.S.C. §1326(a); 1326(b)(2) being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Sept. 7, 2006 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court